UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


RECEIVED
2012 FEB 16 PM 1:54
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

Sharon Kirkwood
_____
(Name of plaintiff or plaintiffs)

v.                    CIVIL ACTION NO._____

Longistics Transportation
_____
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Sharon Kirkwood
                 (name of plaintiff)

is a citizen of the United States and resides at 1218 Winchester Rd
                                                  (street address)

Memphis              US              TN
(city)              (country)        (state)

381                          (901) 730-4155 ext 316
(zip code)                   (telephone number)

Revised 4-18-08

3. Defendant **Longist's Transportation**
(defendant's name)
lives at, or its business is located at **4638 South Ridge Drive**
(street address)
**Memphis, TN 38116**

4. Plaintiff sought employment from the defendant or was employed by the defendant at
**4638 South Ridge Dr**
(street address)

| Memphis | US | TN | 38113 |
|---------|----|----|-------|
| (city) | (country) | (state) | (zip code) |

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about   **26**     **10**     **2010**
                                                                       (day)        (month)      (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about   **29**     **7**     **2011**
                                                                       (day)        (month)      (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about   **29**     **7**     **2011**
                                                                       (day)        (month)      (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on   **18**   **1**   **2011**   . (Attach a copy of the notice to
                                                  (day) (month) (year)
this complaint.)

9. Because of plaintiff's  (1) ___ race, (2) ___ color, (3) **✓** sex, (4) ___ religion, (5) ___ national origin, defendant

   (a) ___ failed to employ plaintiff.

   (b) ___ terminated plaintiff's employment.

   (c) ___ failed to promote plaintiff.

   (d) ___ **Other - retaliation**

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: I was involved in a consensual relationship (prior to being hired) with my teamate, and the relationship soured and severed, in Sept. of 2010. As a result of my teamate and me having a verbal altercation (he was cursing me out) with Dispatch on the phone, we were both terminated October, 26, 2010. No reason was given for my termination. Ultimately, my teammate was Rehired and Fired again. I started working for the company August 23, 2010 in the position of Over the Road / Team Truck Drive

11. The acts set forth in paragraph 9 of this complaint

   (a) ____ are still being committed by defendant.

   (b) ✓ are no longer being committed by defendant.

   (c) ____ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) ____ Defendant be directed to employ plaintiff, or

   (b) ____ Defendant be directed to re-employ plaintiff, or

   (c) ____ Defendant be directed to promote plaintiff, or;

   (d) ____ Defendant be directed to Reemploy and retrain employee and backpay for time lost.

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13. I would like to have my case tried by a jury. Yes (✓) No ( )

SIGNATURE OF PLAINTIFF

Revised 4-18-08