## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**SHARON KIRKWOOD,**

    Plaintiff                                     **JUDGMENT IN A CIVIL CASE**

v.

                                        **CASE NO: 12-2129-STA**

**LONGISTICS TRANSPORTATION,**

    Defendants.

---

**DECISION BY COURT.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered on February 1, 2013, this matter is hereby dismissed.

**APPROVED:**

**s/S. Thomas Anderson**
**S. THOMAS ANDERSON**
**UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **February 1, 2013** | **Thomas M. Gould** |
| **Date** | **Clerk of Court** |
| | |
| | **sTerry Haley** |
| | **(By)  Deputy Clerk** |